IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ARTURO MATURINO MALDONADO, 09085637<br>      Petitioner,<br><br>v.<br><br>RICK THALER, Director, Texas Dept. Of Criminal Justice, Correctional Institutions Division,<br>      Respondent. | No. 3:10-CV-0739-K |

ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE, AND
<u>DENYING A CERTIFICATE OF APPEALABILITY</u>

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED.

SIGNED this 13th day of September, 2012.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE